IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PEDERSEN, on behalf of himself and the putative Collective and Class Members,<br><br>Plaintiff,<br><br>v.<br><br>STE. MICHELLE WINE ESTATES LLC,<br><br>Defendant. | Case No. 2:25-cv-2332-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE** |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Michael Pedersen ("Plaintiff") and Defendant Ste. Michelle Wine Estates LLC ("Defendant") (collectively, the "Parties"), by and through their attorneys, stipulate to extend the deadline for Defendant to respond to Plaintiff's Complaint (Dkt. No. 1) and in support, state as follows:

1. On November 20, 2025, Plaintiff filed a putative class action complaint in this Court (the "Complaint").

2. Defendant was served on November 26, 2025.

3. On December 4, 2025—days after Defendant was served—Defendant was sold to new owners and Defendant's current counsel was not retained until after the sale.

4. "[T]he court may, for good cause, extend the time [for an act to be done] if a request is made [] before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1).

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE - 1
Case No. 2:25-cv-2332

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

5. Defendant recently retained the undersigned in connection with this action, and Defendant and its counsel require more time to thoroughly investigate the detailed allegations against Defendant to adequately respond to the Complaint, which has been further complicated by the recent sale of the Company and the upcoming holidays.

6. The Parties have conferred and have stipulated to a thirty (30) day extension of Defendant's deadline to answer or otherwise respond to January 16, 2026.

7. The Parties agree that good cause supports this request. The requested extension will not materially impact this matter. This extension will not cause any delay or prejudice to any party, and this request is not being made for purposes of delay or any improper reason.

8. The Parties each agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses and respectfully request that the Court enter an order extending the foregoing deadlines.

Stipulated this 18th day of December, 2025.

| | |
|---|---|
| **SCHNEIDER WALLACE COTTRELL KIM LLP** | **HOLLAND & KNIGHT LLP** |
| By: *s/ Christina N. Mirzaie* <br> Christina N. Mirzaie (Pro Hac Vice) <br> California Bar No. 333274 <br> Carolyn H. Cottrell (Pro Hac Vice) <br> California Bar No. 166977 <br> Ori Edelstein (Pro Hac Vice) <br> California Bar No. 268145 <br> Michelle S. Lim (Pro Hac Vice) <br> California Bar No. 315691 <br> Tel: (415) 421-7100 <br> Fax: (415) 421-7105 <br> ccottrell@schneiderwallace.com <br> oedelstein@schneiderwallace.com <br> mlim@schneiderwallace.com <br> cmirzaie@schneiderwallace.com <br><br> AND | By: *s/ Austin Rainwater* <br> Austin Rainwater, WSBA No. 41904 <br> By: *s/ Alexandria Cates* <br> Alexandria Cates, WSBA No. 53786 <br> 701 Fifth Avenue, Suite 4700 <br> Seattle, WA 98104 <br> Telephone: 206.505.4000 <br> Email: Austin.Rainwater@hklaw.com <br> Email: Alexandria.Cates@hklaw.com <br><br> *Counsel for Defendant Ste. Michelle Wine Estates LLC* |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 2
Case No. 2:25-cv-2332

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

**EMERY REDDY PC**

Timothy W. Emery (WSBA 34078)
Patrick B. Reddy (WSBA 34092)
Paul Cipriani (WSBA 59991)
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 442-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Counsel for Plaintiff*

## ORDER

In accordance with the foregoing stipulation, and good cause appearing therefore, it is so ORDERED. Defendant's deadline to answer or otherwise respond is extended to January 16, 2026.

Dated this 19th of December, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE - 3
Case No. 2:25-cv-2332

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000